JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOHN JOSEPH HICKS,

    Petitioner,

vs.

JOHN MARSHALL (WARDEN),

    Respondent.

Case No. CV 08-5108-PA (RNB)

**JUDGMENT**

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: November 9, 2008

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 11/13/08

_____
DEPUTY CLERK